# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL R. MCNEIL,
    Plaintiff,

v.                                        Case No. 6:21-cv-8-JA-GJK

ME 323, LLC and CHARMI CORPORATION, INC.,
    Defendants.

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Settlement, Doc. 17).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on March 22, 2021.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record